JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HONGTAO WANG,

Petitioner,

v.

WARDEN et al.,

Respondents.

Case No. 5:26-cv-03766-SB-KES

FINAL JUDGMENT

For the reasons stated in the separate order conditionally granting the habeas petition, the government is enjoined from continuing to detain Petitioner Hongtao Wang, A 226-043-707, unless he is provided with an individualized bond hearing, at which the government bears the burden of proof by clear and convincing evidence, no later than July 23, 2026.

This is a final judgment.

Date: July 16, 2026

Stanley Blumenfeld, Jr.
United States District Judge